### 6912. SEABROOKS *v.* CITY OF MACON.

WADE, J. 1. Where one is charged with the violation of a valid municipal ordinance prohibiting the keeping of intoxicating liquors for the purpose of illegal sale, proof of one sale is sufficient to authorize a conviction. *Rice* v. *Eatonton,* 15 *Ga. App.* 505 (83 S. E. 868); *Sawyer*

*v. Blakely,* 2 *Ga. App.* 159 (58 S. E. 399); *Coggins* v. *Griffin,* 5 *Ga. App.* 1 (62 S. E. 659); *Cooper* v. *Fort Valley,* 13 *Ga. App.* 169 (78 S. E. 1097); *Rooney* v. *Augusta,* 117 *Ga.* 709 (45 S. E. 72); *Robinson* v. *Americus,* 121 *Ga.* 180-182 (48 S. E. 924).

2. No error of law is complained of, and the evidence supports the verdict.

*Judgment affirmed.*

DECIDED NOVEMBER 5, 1915.

Certiorari; from Bibb superior court—Judge Mathews. July 30, 1915.

*A. T. Walden,* for plaintiff in error.

*Walter Defore, R. G. Plunkett,* contra.